```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  ANDREW LEBENNS,                                           :
                              Plaintiff,                    :    21 Civ. 11155 (LGS)
                                                            :
              -against-                                     :         ORDER
                                                            :
  FROST PRODUCTIONS, et al.,                                :
                              Defendants.                   :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 31, 2022, required the parties to file a proposed case management plan and joint letter seven days before the initial pretrial conference.  (Dkt. No. 15.)

WHEREAS, the initial pretrial conference is currently scheduled for March 23, 2022, at 4:10 p.m.  (Dkt. No. 15.)

WHEREAS, the parties filed a proposed case management plan but failed to file a joint letter.  It is hereby

**ORDERED** that, by **March 21, 2022**, at **noon**, the parties shall file a joint status letter.

Dated: March 17, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**