UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW LEBENNS,

                       Plaintiff,

        -against-                           21-CV-11155 (JLR)
                                                **<u>ORDER</u>**

FROST PRODUCTIONS, et al.,

                       Defendants.

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of the parties' joint letter, dated September 28, 2022, filed in response to the Court's September 14, 2022 Reassignment Order. ECF No. 43. The Second Amended Civil Case Management Plan & Scheduling Order entered by Judge Schofield on September 7, 2022 continues to remain in effect, excluding the December 28, 2022 Case Management Conference. *See* ECF No. 41.

      IT IS FURTHER HEREBY ORDERED that the parties shall appear for a case management conference that will either serve as a premotion conference for any party seeking to file a summary judgment motion or a scheduling conference for trial on **December 21, 2022, at 2:30 p.m**. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

      IT IS FURTHER ORDERED that on December 14, 2022, the parties shall file a joint letter, not to exceed three pages, regarding the status of the case and any issues the parties intend to address at the December 21, 2022 conference. If the December 21, 2022 conference is serving as a premotion conference for a summary judgment motion, the parties shall follow Section 3.I of the Court's Individual Rules of Practice in Civil Cases, such that all submissions required by that Section 3.I. are filed with the Court by November 7, 2022.

Dated: September 30, 2022
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge