UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW LEBENNS,<br><br>        Plaintiff,<br><br>   -against-<br><br>FROST PRODUCTIONS et al.,<br><br>        Defendants. | 21-cv-11155 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Plaintiff seeks a stay of discovery from November 23, 2022 to February 28, 2023 due to Plaintiff's counsel's health issues. In light of Defendant's consent, the Court will grant Plaintiff this lengthy extension. Fact discovery must be completed by March 31, 2023 and expert discovery must be completed by April 24, 2023.

  Plaintiff's counsel is given notice that the Court is unlikely to grant further extension requests. Although Plaintiff's counsel is a sole practitioner, it is her responsibility to ensure there is adequate coverage of her cases if she is unable to meet the Court's deadlines. Such planning for further coverage of this case is expected. Plaintiff's counsel shall inform the Court promptly if the circumstances underlying her extension request change and discovery can resume.

  The Clerk of Court is respectfully directed to terminate the Letter-Motion at ECF No. 53.

Dated: November 28, 2022
    New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge