UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREW LEBENNS,

                        Plaintiff,              **ORDER**

        -against-                    **21-CV-11155 (RA) (JW)**

FROST PRODUCTIONS, *et al.*,

                        Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for General Pretrial, with particular attention to the currently-pending discovery dispute. Dkt. No. 58. On February 22, 2023, Plaintiff filed a letter motion with the court seeking to compel Defendants to produce certain documents. Dkt. No. 55. On February 27, 2023, Defendants responded, objecting to the motion. Dkt. No. 57.

      The Court thinks that a conference would be helpful in resolving this issue. As such, a discovery conference is scheduled for **March 16, 2023**, at **10:30 AM**. The conference will take place in person, in Courtroom 228, 40 Foley Square, New York, New York.

SO ORDERED.

DATED:    New York, New York
              March 9, 2023

                                                         */s/ Jennifer E. Willis*
                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge