UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREW LEBENNS,

               Plaintiff,               **ORDER**

    -against-                  **21-CV-11155 (RA) (JW)**

FROST PRODUCTIONS, *et al.*,

               Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 15, 2023, Plaintiff requested that the discovery conference scheduled for March 16, 2023, be conducted virtually. Dkt. No. 60. Plaintiff also filed an *ex parte* letter, and requested permission to file said letter under seal. Both requests are GRANTED.

The conference will be conducted via Microsoft Teams. A link will be circulated to the Parties via email; counsel are expected to participate via video. The public dial in is: (646) 453-4442; Conference ID 717 713 401#.

SO ORDERED.

DATED:    New York, New York
              March 15, 2023

                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge