**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ANDREW LEBENNS,

                                Plaintiff,           **ORDER**

                -against-                    **21-CV-11155 (RA) (JW)**

FROST PRODUCTIONS, *et al.*,

                            Defendants.
----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 16, 2023, a discovery conference was held to address several discovery disputes raised in Plaintiff's letter motion to compel. Dkt. No. 55. For the reasons stated on the record, the disputes are resolved as follows:

- The request for the data underlying the Sales Credit Reports is GRANTED.

- The request for the client names to be unredacted is GRANTED.

- Plaintiff's other requests are DENIED.

As agreed upon at the conference, Defendants will provide the discovery granted above subject to a protective order.

Defendants also agreed to provide a signed statement attesting that they have made an effort to search for other employee complaints, they have found none, and they are unaware that any ever existed.

SO ORDERED.

DATED:    New York, New York
             March 16, 2023

                                          *Jennifer E. Willis*
                                       JENNIFER E. WILLIS
                                       United States Magistrate Judge