UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANDREW LEBENNS,

                       Plaintiff,                  **ORDER**

     -against-                        **21-CV-11155 (RA) (JW)**

FROST PRODUCTIONS, *et al.*,

                       Defendants.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On March 22, 2023, Defendants moved to quash the subpoena issued to Non-Party Mun Kong.  Dkt. No. 64.  The motion to quash is **DENIED**.  However, the Court will limit the scope of the deposition.  The deposition is expected to focus on the issue of whether Mr. Kong made any complaints to Defendants akin to those raised by Plaintiff in this action, between the commencement of Mr. Kong's employment and the termination of Plaintiff's employment.  The deposition is not to include questions regarding the form of Mr. Kong's compensation or any commissions he received, unless they pertain to the subject complaints.

SO ORDERED.

DATED:    New York, New York
              April 13, 2023

                                                             _____
                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge