**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ANDREW LEBENNS,

                        Plaintiff,                                                        **ORDER**

            -against-                                                    **21-cv-11155 (JLR) (JW)**

FROST PRODUCTIONS, *et al.*,

                        Defendant.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On May 11, 2023, the parties called the Court to resolve a discovery dispute

regarding the continuing deposition of Peter Markowitz.  The Court will resolve the

dispute after reviewing written arguments.  The parties are directed to file letters

confined to the issue of the length of the continuing deposition of Peter Markowitz.

The letters should be no more than three pages and should be filed by **May 16, 2023**.

        SO ORDERED.

DATED:      New York, New York
            May 12, 2023

                                                    _____
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge