

# LAW OFFICES OF LAURIE E. MORRISON

October 19, 2023

100 Church Street, 8th Floor  
New York, New York 10007

28 Valley Road, Suite #1  
Montclair, New Jersey 07042

Phone: (212) 721-4051  
Cell: (646) 457-8347  
morrison@lemorrisonlaw.com

**VIA ECF**  
Hon. Jennifer L. Rochon, U.S.D.J.  
United States District Court, SDNY  
500 Pearl Street, Courtroom: 20B  
Chambers Room 1920, New York, NY 10007  
Aisha Bams, Courtroom Deputy: 212-805-0204

**RE: Andrew Lebenns v. Frost Productions et al.**  
**Civ. Action No.: 21-cv-11155 (JLR) (JW)**

Dear Hon. Rochon:

Plaintiff writes to respectfully request a stay in Plaintiff's time to file objections to and to move to vacate the Order of the Honorable Jennifer E. Willis, U.S.M.J., entered by the Clerk of Court on October 5, 2023. (Dkt. 107). The Order granted Defendants' motion for reconsideration and reversed the Court's July 27th Order (Dkt. 95), which had authorized forensic examination of Defendants' electronic devices.

Both parties moved for reconsideration of Hon. Willis' October 5th Order, and Hon. Willis has not yet decided Plaintiff's motion. Plaintiff's impending objections would also be based on and significantly affected by Hon. Willis' decision and legal analysis regarding Plaintiff's pending motion for reconsideration. Thus, Plaintiff cannot formulate an intention with respect to filing objections until the parties have received the Magistrate's decision and analysis.

Accordingly, Plaintiff respectfully requests a stay in Plaintiff's time to file objections until Hon. Willis' decision has been received. Plaintiff would then file objections to the October 5th Order, where/if necessary, and/or to the Order regarding Plaintiff's motion, where/if necessary, within 14-days of the parties' receipt of Hon. Willis' decision.

Respectfully Submitted,

*Laurie E. Morrison*

Laurie E. Morrison, Esq.

Given that Plaintiff has since filed his Motion for Reconsideration of Judge Willis's October 5, 2023 Order, *see* ECF Nos. 112-13, and Plaintiff has effectively withdrawn the request for an extension of time, ECF No. 115, this request filed at ECF No. 111 is DENIED as moot.

**SO ORDERED.**

Dated: October 20, 2023  
New York, New York

*Jennifer Rochon*  
**JENNIFER L. ROCHON**  
**United States District Judge**