UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW LEBENNS,<br><br>        Plaintiff,<br><br> -against-<br><br>FROST PRODUCTIONS, et al.,<br><br>        Defendants. | 21-cv-11155 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' pre-motion letters previewing their anticipated motions for summary judgment. *See* ECF Nos. 138-39, 141. Permission to file the motions is granted and the Court sets the following briefing schedule:

- By February 13, 2024, the parties shall submit any motions for summary judgment, as well as a Statement of Material Facts Pursuant to Local Rule 56.1 ("Rule 56.1 Statement");

- By February 27, 2024, the parties shall submit their opposition, if any, to the other party's motion for summary judgment;

- By March 5, 2024, the parties shall submit their reply, if any, to the other party's opposition.

  Per Rule 3(I) of this Court's Individual Rules of Practice in Civil Cases, the parties shall submit a joint Rule 56.1 Statement, setting out all facts on which the parties agree, by February 13, 2024. Given that permission has been granted, the conference scheduled for January 23, 2024 is adjourned.

Dated: January 17, 2024
    New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge