

# LAW OFFICES OF LAURIE E. MORRISON

March 15, 2024

| | 100 Church Street, 8th Floor | 28 Valley Road, Suite #1 |
| | New York, New York 10007 | Montclair, New Jersey 07042 |

**VIA ECF**

Phone: (212) 721-4051
Cell: (646) 457-8347
morrison@lemorrisonlaw.com

Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court, SDNY
500 Pearl Street, Courtroom: 20B
Chambers Room 1920
New York, NY 10007
Aisha Bams, Courtroom Deputy: 212-805-0204

<u>**RE: Andrew Lebenns v. Frost Productions et al.**</u>
<u>**Civ. Action No.: 21-cv-11155 (JLR)**</u>

Dear Hon. Rochon:

In accordance with Rule 1(A) of Your Honor's Individual Rules, and with the SDNY's Standing Order, 19-MC-00583, and Section 6 of the ECF Rules & Instructions (which were incorporated by reference therein), Plaintiff's counsel respectfully submits this motion to file the unredacted version of this letter under seal, as the information contained therein is sensitive and confidential, and would be intended for the Court's and defense counsel's eyes only. The information further supports the parties' joint request to adjust the timelines for their summary judgment opposition and reply briefs. (Dkt. 165).

[redacted]

Respectfully Submitted,

Laurie E. Morrison, Esq.

The request is GRANTED. Plaintiff may temporarily file under seal an unredacted version of this letter, with the selected viewership to be "Court's Eyes Only."

If Plaintiff wishes to submit future requests to seal in the future, it should first file an unredacted version of the materials in question, with viewership limited to the Court, after which the Court will decide the corresponding motion to seal.

Dated: March 15, 2024
New York, New York

SO ORDERED.



**JENNIFER L. ROCHON**
**United States District Judge**