```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ANDREW LEBENNS,

        Plaintiff,

-against-

FROST PRODUCTIONS, et al.,

        Defendants

21-CV-11155 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The parties' confidential settlement letters were due on April 5, 2024, one week in advance of the settlement conference now scheduled to take place on Friday, April 12, 2024. *See* Sched. Order (Dkt. 140) ¶ 3; Resched. Order (Dkt. 164) at 1. As of April 5, no party had submitted the required letter. After outreach by chambers staff to all parties, defendants submitted their confidential settlement letter on April 8, 2024, but no such letter has been received from plaintiff.

Plaintiff is hereby directed to submit his confidential settlement letter no later than **5:00 p.m. on April 10, 2024**. The letter must include **all** required information enumerated in the Scheduling Order, including confirmation that the parties have met "in person or by telephone" to exchange "at least one good-faith settlement demand or offer," **and a description of the substance of the most recent demand and offer**. *See* Sched. Order ¶¶ 2, 3(c).

If the parties are, for whatever reason, not yet in a position to make good use of the settlement conference on Friday, the Court will adjourn the settlement conference.

Dated: New York, New York
       April 9, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**