# KAUFMAN DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Jennifer E. Sherven, Esq.
jsherven@kaufmandolowich.com

Amanda B. Slutsky, Esq.
Amanda.slutsky@kaufmandolowich.com

May 6, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2024

**VIA ECF**
Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *Andrew Lebenns v. Frost Productions, et al.*; Case No.: 21-cv-11155(JLR)

Dear Judge Moses:

This firm represents the Defendants in the above-referenced case. We write jointly with Plaintiff's counsel to respectfully request a one-week extension of time to file the settlement agreement and fairness letter pursuant to *Cheeks v. Freeport Pancake House, Inc.* The parties are working together diligently but require additional time to finalize these documents. Further, Plaintiff will make a separate application pursuant to the Court's April 22, 2024 Order regarding Plaintiff's attorney time records and retainer agreement.

We thank Your Honor for your consideration.

Respectfully submitted,
Kaufman Dolowich LLP

Jennifer E. Sherven
Amanda B. Slutsky

Cc: All counsel (*via* ECF)

> Application GRANTED. Parties must submit their settlement agreement, fairness letter, and counsel's retainer agreement(s) and time and expense records no later than **May 13, 2024**.
>
> Barbara Moses
> United States Magistrate Judge
> May 7, 2024